THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State,  Respondent
 v.
 Marquez Tyree Dozier, Appellant
 
 

Appeal from Lexington County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2009-UP-020
Submitted January 2, 2009  Filed January 9, 2009

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and
 Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Marquez
 Dozier appeals his conviction and sentence for criminal conspiracy, armed
 robbery, and possession of a pistol by a person under the age of twenty-one.  He
 argues the trial court committed reversible error in refusing to give a
 requested jury charge.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Doziers
 appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.